**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Warees I Muzakkir, | ) | No. CV 96-1283-PHX-RCB |
| Plaintiff, | ) | |
| vs. | ) | |
| Officer Morrow, et al., | ) | |
| Defendants. | ) | |
| | ) | |

| | | |
|---|---|---|
| Warees I Muzakkir, | ) | No. CV 08-8145-PHX-PGR |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| L. Branch, et al., | ) | |
| Defendants. | ) | |

These cases are consolidated for purposes of this Order only. The Court's Financial Administrator has received a letter from the Arizona Department of Corrections Central Office Inmate Trust Accounts seeking a refund of $140.00 mistakenly submitted to the Court for payment of filing fees in Plaintiff's cases for the month of January, 2010. According to the letter, the money was mistakenly posted to an inmate account. According to the Court's Financial Administrator, $114.46 of that money was applied to the filing fee due in case number CV 96-1283 and $25.54 was applied to the filing fee due in case number CV 08-

8145.  The Court will direct its Financial Administrator to refund these moneys to the Arizona Department of Corrections Central Office Inmate Trust Accounts.

**IT IS ORDERED** that these cases are consolidated for purposes of this Order only.

**IT IS FURTHER ORDERED** that the Court's Financial Administrator must **refund** to the Arizona Department of Corrections Central Office Inmate Trust Accounts:  $114.46 that was applied to the filing fee due in case number CV 96-1283; and $25.54 that was applied to the filing fee due in CV 08-8145.

Dated this 26th day of April , 2010 .

_____
Robert C. Broomfield
Senior United States District Judge